### 17278. WEAVER v. THE STATE.

BLOODWORTH, J. The evidence relied upon by the State to show the accused guilty of manufacturing intoxicating liquor was wholly circumstantial and did not exclude every reasonable hypothesis save that of the guilt of the accused. Accordingly the court erred in overruling the motion for a new trial.

> *Judgment reversed. Broyles, C. J., and Luke, J., concur.*
> DECIDED MAY 12, 1926.

Conviction of making intoxicating liquor; from Walker superior court—Judge Maddox. February 10, 1926.

*Henry & Jackson,* for plaintiff in error.

*James F. Kelly, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 764, n. 54.
Intoxicating Liquors, 33 C. J. p. 757, n. 74; p. 758, n. 80.